IN CLERK'S OFFICE
U.S. DISTRICT COURT
E.D.N.Y.
* March 28, 2025 *
BROOKLYN OFFICE
25-CR-114
Judge Frederic Block
Magistrate Judge Peggy Kuo

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. José Adolfo Macías Villamar et al.</u>

2. Related Magistrate Docket Number(s): _____

3. Arrest Date:

4. Nature of offense(s):   ☒ Felony
                           ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   ☒
                                More than 6 weeks   ☐

7. County in which crime was allegedly committed: <u>Queens</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.   ☐ Yes  ☒ No

9. Has this indictment/information been ordered sealed?   ☒ Yes  ☐ No

10. Have arrest warrants been ordered?   ☒ Yes  ☐ No

11. Is there a capital count included in the indictment?   ☐ Yes  ☒ No

JOHN J. DURHAM
United States Attorney

By: _____
Chand Edwards-Balfour
Lorena Michelen
Assistant U.S. Attorneys
718-254-7000

Rev. 12/14/23