UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

       -against-

JOSE ADOLFO MACIAS VILLAMAR,

       Defendant.

-------------------------------------------------------------------X

NOTICE OF APPEARANCE
25 Cr. 114 (FB)

SIR OR MADAM:

    PLEASE TAKE NOTICE that Alexei Schacht, an attorney admitted to practice law before this Court, hereby appears as counsel of record for JOSE ADOLFO MACIAS VILLAMAR.

Respectfully submitted,

*Alexei Schacht*

_____

Alexei Schacht
Attorney at Law
123 West 94th Street
New York, New York 10025
Tel: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net

Dated: June 26, 2025