CWE
F.# 2025R00201

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

José Adolfo Macías Villamar et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

CR 25-114 (FB)

      Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Chand Edwards-Balfour, for an order unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
           _____, 2025

_Taryn A. Merkl_
Digitally signed by Taryn A. Merkl
Date: 2025.06.30 11:26:19 -04'00'

HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK