UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                25-cr-114

JOSE ADOLFO MACIAS VILLAMAR et al.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney David I. Berman from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney David I. Berman
    United States Attorney's Office
    Eastern District of New York
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel: 718-254-6167
    Email: David.Berman2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney David I. Berman at the email address set forth above.

Dated: Brooklyn, New York
　　　　July 17, 2025

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:　/s/ David I. Berman
　　　David I. Berman
　　　Assistant U.S. Attorney

cc:　Clerk of the Court