## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Vera M. Scanlon              DATE:   7/21/25

DOCKET NUMBER:   25CR114(FB)                     LOG#:  11:21 – 11:38

DEFENDANT'S NAME:   Jose Macias Villamar
   ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL:   Alexei Schacht
   ___ Federal Defender    ___ CJA    ✓ Retained

   Chand Edwards Balfour

A.U.S.A:   David Berman                          CLERK:   Felix Chin

INTERPRETER:   Mario Michelena   (Language)   Spanish

Defendant arraigned on the: ___ indictment  ✓ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ✓ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered.   Start 7/21/25  Stop 9/19/25

✓ Rule 5f warnings given to the govt.   ✓ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for  9/19/25 @ 2:30  before Judge  Block

Other Rulings: _____