DIB
F.# 2025R00201

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

José Adolfo Macías Villamar et al.,,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ ORDER

CR 25-114 (FB)

        Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the

Eastern District of New York, by Assistant United States Attorney David I. Berman, for an order

unsealing the above-captioned matter in its entirety.

        WHEREFORE, it is ordered that the above-captioned matter in its entirety be

unsealed in its entirety.

Dated:   Brooklyn, New York
          July 22            , 2026

                                _____
                                HONORABLE CLAY H. KAMINSKY
                                UNITED STATES MAGISTRATE JUDGE
                                EASTERN DISTRICT OF NEW YORK